**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**ANASTACIO C. MARTINEZ,**<br><br>**Defendant.** | **MEMORANDUM DECISION & ORDER**<br><br>**Case No. 2:07-CR-71-DAK**<br><br>**Judge Dale A. Kimball** |

This matter is before the court on Defendant's Motion for Reduction of Sex Offender Registration Period [ECF No. 42]. On January 15, 2008, this court sentenced Defendant to 54 months of incarceration and 60 months of supervised release. Defendant's was released from prison and began his term of supervised release on April 15, 2011. Defendant's conviction for possession of child pornography required him to register as a tier I sex offender under the Sex Offender Registration and Notification Act ("SORNA"), 34 U.S.C. § 20913. A tier I sex offender must register for 15 years. 34 U.S.C. § 201915(a)(1). This period can be reduced by five years if the defendant maintains a "clean record" for 10 years. 34 U.S.C. § 20915(b).

The court has previously found that, as the sentencing court, it has jurisdiction to decide such motions. *United States v. Zweibel*, No. 2:06-CR-720-DAK, 2023 WL 2480052, at *1 (D. Utah March 13, 2023) (citing *United States v. Stovall*, No. 06-cr-286-REB, 2021 WL 5086067, at *1 (D. Colo. Nov. 2, 2021); *United States v. Kite*, No. 5:05-cr-22, 2023 WL 1956687 (W.D. Va. Jan. 13, 2023); *United States v. Davenport*, No. CR-06-06-M-DWM, 2022 WL 4547652 (D. Mont. Sept. 29, 2022); *United States v. Templin*, 354 F.Supp.3d 1181 (D. Mont. 2019)).

Defendant was required to register as a sex offender upon release from incarceration. Therefore, Defendant has been registered as a sex offender for over 15 years and has completed the full term under SORNA. Therefore, Defendant's motion for a reduction of the registration period is moot. To the extent that the dates of his registration may be in question and the issue is not moot, Defendant has demonstrated that he has maintained a clean record for over ten years and he is entitled to a reduction of registration time under SORNA to ten years. Accordingly, the court finds Defendant's motion to be moot. In the event that his registration period occurred at a date after his release from custody, the court grants Defendant's motion for a reduction of registration time to ten years based on his clean record.

DATED this 5th day of November 2026.

BY THE COURT:

Dale A. Kimball

DALE A. KIMBALL
United States District Judge